# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

130827

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN JAAKKOLA,
        Plaintiff-Appellant,

v

                                                   SC: 130827
                                                 COA: 265539
                                                 Gogebic CC: 02-000121-NI

AUTO-OWNERS INSURANCE COMPANY
and WILLIAM THOMAS GOODMAN,
        Defendants-Appellees.

_____/

        On order of the Court, the application for leave to appeal the February 22, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

t0619